DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT GIBSON,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMTP TRUST, SERIES 2019-C,**
Appellee.

No. 4D21-1517

[January 19, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley Zuckerman, Judge; L.T. Case No. 502019CA001226XXXXMB.

Robert Gibson, Lake Worth Beach, pro se.

Richard S. McIver of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GERBER and ARTAU, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***